| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:24-CR-78-KAC-DCP |
| | ) | |
| MARK O'NEIL ROBINSON and | ) | |
| CHRISTOPHER HAROLD ROBERTS, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Mark O'Neil Robinson's Unopposed Motion to Continue Trial and Related Deadlines [Doc. 113], which was filed on March 27, 2026.

Defendant Robinson asks the Court to continue the trial and related deadlines in his case [*Id.* at 1]. In support, Defendant Robinson states the Court appointed him new counsel on January 9, 2026, and since then, counsel received discovery, which is voluminous in the case [*Id.* ¶ 1]. Defendant asserts he and the Government need more time to continue their plea negotiations [*Id.* ¶ 2].

Defendant Robinson's motion reflects that the Government does not object to the requested continuance [*Id.* ¶ 3]. Defendant Robinson acknowledges that he understands the need for the continuance and understands it will affect the computation of time pursuant to the Speedy Trial Act [*Id.* ¶ 4]. Co-Defendant Christopher Roberts submitted notice to the Court that he does not oppose a continuance in this case [Doc. 115]. Defendant Roberts also acknowledges that he understands a continuance is fully excludable for speedy trial purposes [*Id.* at 1].

Based upon the information in Defendant Robinson's motion, and because the Government and his co-defendant do not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of the defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant Robinson the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Specifically, Defendant Robinson's counsel needs additional time to review discovery, engage in plea negotiations, and, if necessary, prepare for trial. The Court finds that this cannot occur before the May 5, 2026, trial date.

The Court therefore **GRANTS** Defendant Robinson's Unopposed Motion to Continue Trial and Related Deadlines [**Doc. 113**]. The trial date is reset to **July 14, 2026**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial, all of the time between the filing of the motion on March 27, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant Robinson's Unopposed Motion to Continue Trial and Related Deadlines [**Doc. 113**] is **GRANTED**;

(2) the trial date is reset to commence on **July 14, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **March 27, 2026**, and the new trial date of **July 14, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

2

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **June 15, 2026**;

(5) the deadline for filing motions *in limine* is **June 29, 2026**, and responses to motions *in limine* are due on or before **July 6, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **June 30, 2026, at 1:30 p.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **July 6, 2026**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

3